# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNAMARIA MAGNO GANA,<br><br>Petitioner,<br><br>v.<br><br>KIMBERLY HUGHES, Warden,<br><br>Respondent. | Case No. CV 16-01146 AB (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

On November 28, 2016, the United States Magistrate Judge issued a Report and Recommendation, recommending that petitioner's Petition for Writ of Habeas Corpus be denied and that this action be dismissed with prejudice. On December 15, 2016, Petitioner, who is represented by counsel, filed objections to the Report and Recommendation.

The magistrate judge's Report and Recommendation sufficiently addresses the bulk of the arguments made by Petitioner in her objections. A couple of those arguments, however, warrant further discussion.

First, Petitioner argues that the magistrate judge erred in concluding that the Court of Appeal's harmless error review of the failure to instruct on unconsciousness was not objectively unreasonable. (Objections at 2, 8.) Specifically, Petitioner argues that the jury did not decide the issue of

unconsciousness when it decided the issues of voluntary intoxication and hallucination against her because unconsciousness requires a different standard of proof. (*Id.* at 4, 8.) Petitioner contends that the magistrate judge "does not establish how the Court of Appeal's conclusion that this error was harmless could be reasonable when the Court of Appeal's premis[e], that the jury had decided [the issue of unconsciousness], was erroneous." (*Id.* at 8.)

This objection lacks merit. The Report and Recommendation adequately explained why the Court of Appeal's harmless error analysis was not objectively unreasonable. (*See* Report and Rec. at 19-22.) As noted in the Report and Recommendation, the jury heard evidence regarding Petitioner's "thousand mile stare" and medical testimony regarding the medications Petitioner was taking. (*Id.* at 15.) The jury was instructed on the elements required to convict on the murder charges; instructed to consider evidence of mental disease, mental defect, mental disorder, or intoxication in deciding whether Petitioner formed the required specific intent or mental state; and instructed that evidence of hallucination or delusion could be considered on the issue of premeditation and deliberation and/or lying in wait. (*Id.* at 11.) The jury's verdict convicting Petitioner of first-degree murder by lying in wait (requiring a state of mind equivalent to premeditation or deliberation) and two counts of attempted murder, and its finding that Petitioner intentionally and personally discharged a firearm causing death, and willfully with premeditation and deliberation committed attempted murder, implicitly rejects any notion that Petitioner was not aware of her actions, *i.e.,* was unconscious, during the shooting. (*Id.* at 20-22.) Thus, the failure to instruct on unconsciousness did not have a substantial and injurious effect on the jury's verdict. Therefore, as the Report and Recommendation concluded, the Court of Appeal's harmless error analysis was not objectively unreasonable. (*Id.* at 19-22.)

Second, Petitioner argues that the prosecutor's argument to the jury that the side effects of medication were not a defense increased the substantial and injurious

effect of the failure to instruct on unconsciousness.[1]  (Objections at 4-5.)  This objection also lacks merit.  As discussed by the magistrate judge, given the jury's verdict and findings, the jury implicitly rejected Petitioner's mental state defenses.  (*See* Report and Rec. at 19-22.)  Therefore, even if the jury had not been told that the side effects of medication were not a defense, there would be no substantial and injurious effect on the jury's verdict, and the Court of Appeal's analysis was not objectively unreasonable.  (*Id.*)

Based on the foregoing and pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's objections thereto.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

DATED: May 4, 2017

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner argues not that the prosecutor's argument was incorrect based on the jury instructions given, but that the argument was "totally incorrect for the defense of unconsciousness." (Objections at 5 n.2.)

3