# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNAMARIA MAGNO GANA,<br>Petitioner,<br>v.<br>KIMBERLY HUGHES, Warden,<br>Respondent. | Case No. CV 16-01146 AB (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: May 4, 2017

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE